# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Samantha Jane Rife aka Samantha J. Rife, aka Samantha J. Gaulrife, aka Samantha Jane Gaul<br>James Phillip Rife aka James P Rife<br>Debtor(s) | BK NO. 24-01425 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
PA Middle BK
14 Jun 2024, 11:47:24, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322