# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** James Phillip Rife aka James P Rife Samantha Jane Rife aka Samantha J. Rife, aka Samantha J. Gaulrife, aka Samantha Jane Gaul<br><br>**Debtor(s)** | **BK NO. 24-01425 HWV**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

     Respectfully submitted,

/s/ *Brent J. Lemon*
_____
PA Middle BK
02 Jul 2024, 13:54:27, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322