IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | Case No.: 24-01425 |
| **James Phillip Rife** | : | Chapter 13 |
| **Samantha Jane Rife** | : | Judge Henry W. Van Eck |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| | : | Related Document # |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Adam B. Hall
_____

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

24-014352_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 24-01425** |
| **James Phillip Rife** | **Chapter 13** |
| **Samantha Jane Rife** | **Judge Henry W. Van Eck** |
| | ******************** |
| **Debtor(s)** | |
| | **Related Document #** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Gary J Imblum, Attorney for James Phillip Rife and Samantha Jane Rife, gary.imblum@imblumlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

James Phillip Rife and Samantha Jane Rife, 3075 Emmitsburg Road, Gettysburg, PA 17325

/s/ Adam B. Hall

24-014352_PS