United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James Phillip Rife  
Samantha Jane Rife  
    Debtors

Case No. 24-01425-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jul 10, 2024     Form ID: ntnew341     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Phillip Rife, Samantha Jane Rife, 3075 Emmitsburg Road, Gettysburg, PA 17325-7138 |
| 5622816 | + | Barclays/Gap, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5622836 | + | SJR Research, 3075 Emmitsburg Road, Gettysburg, PA 17325-7138 |
| 5625036 | + | Sloan Servicing on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 5622846 | + | UPgrade Card, PO Box 52210, Phoenix, AZ 85072-2210 |
| 5622848 | + | WellSpan, 25 Monument Drive, York, PA 17403-5060 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5622815 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2024 18:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5622818 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 18:53:17 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5622819 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2024 18:46:00 | CCB/ Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 5622817 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 18:53:18 | Cap 1/WMT, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5622821 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 18:53:18 | Citi, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 5622822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 18:53:24 | CitiBank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5625563 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 18:53:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5622824 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2024 18:53:17 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5622823 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2024 18:53:17 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5624199 | | Email/Text: mrdiscen@discover.com | Jul 10 2024 18:46:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5622825 | + | Email/Text: mrdiscen@discover.com | Jul 10 2024 18:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5622813 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2024 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5622820 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 18:53:23 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203 |
| 5622826 | | ^ MEBN | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 10 2024 18:44:11 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5624170 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 18:53:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5622827 | ^ | MEBN | Jul 10 2024 18:44:04 | Lending PT, 1201 Roberts Blvd, Bldg B200, Kennesaw, GA 30144-3612 |
| 5622828 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 18:53:18 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5622829 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2024 18:46:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5622830 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2024 18:46:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5622814 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 10 2024 18:46:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5622834 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2024 18:46:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 5622833 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2024 18:46:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 5622835 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2024 18:46:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 5622831 | ^ | MEBN | Jul 10 2024 18:44:19 | Patenaude & Felix, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5622832 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 18:53:18 | Paypal, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 5622837 | + | Email/Text: birminghamtops@sba.gov | Jul 10 2024 18:46:22 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 5622838 | + | Email/Text: bankruptcysst@alorica.com | Jul 10 2024 18:46:00 | Sst, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 5622839 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2024 18:46:00 | Synchrony Bank/Amazon, c/o Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 5622840 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 18:53:17 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5622841 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 18:53:18 | Synchrony Bank/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5622842 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 18:53:17 | Synchrony Bank/PPC, PO Box 960006, Orlando, FL 32896-0006 |
| 5622843 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 18:53:29 | Synchrony Bank/PPMC, PO Box 960006, Orlando, FL 32896-0006 |
| 5622844 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 18:53:29 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5622845 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 10 2024 18:46:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5622847 | | Email/Text: bknotice@upgrade.com | Jul 10 2024 18:46:00 | Upgrade Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 5625335 | | Email/Text: bankruptcynotification@wellspan.org | Jul 10 2024 18:46:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |
| 5622849 | + | Email/Text: kcm@yatb.com | Jul 10 2024 18:46:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |
| 5622850 | + | Email/Text: bkfilings@zwickerpc.com | Jul 10 2024 18:46:00 | Zwicker & Assoc PC, 3220 Tillman Drive, Suite |

215, Bensalem, PA 19020-2028

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com |
| Brent J Lemon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Samantha Jane Rife gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 James Phillip Rife gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| James Phillip Rife,<br>aka James P Rife, | Chapter 13 |
| **Debtor 1** | Case No. 1:24−bk−01425−HWV |
| Samantha Jane Rife,<br>aka Samantha J. Rife, aka Samantha J. Gaulrife, aka Samantha Jane Gaul, | |
| **Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: August 15, 2024<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 10, 2024 |

ntnew341 (09/23)