# Comparative Market Analysis



Researched and prepared by

Kim Mills

Prepared exclusively for

James & Samantha Rife

Subject Property

3075 Emmitsburg Rd

Gettysburg, PA 17325



**Kim Mills**

Coldwell Banker Realty
1814 Main St E
WAYNESBORO, PA 17268
(717) 762-7111 ext 2545
kim.mills@cbhomes.com
www.jgr.com/kim.mills

Copyright: BRIGHT MLS© 2024 All rights reserved.

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

Kim Mills
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# Comparables Overview

This page summarizes key fields of the listings in this analysis.

**The listings in this analysis can be summarized as follows:**

Listing Price between $195,000 and $219,900

2 to 4 Bedrooms

1 Full Bathroom

1,064 to 1,760 Square Feet

$110.80 to $200.19 per Square Foot

$110.80 to $200.19 per Sold Square Foot

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

## Number of Days On Market

This graph illustrates the number of days on market for the listings in this analysis.



# Days On Market

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

## List Price and Closed Price

This graph illustrates the list price, along with closed price in Closed listings.



©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

Tuesday, May 28, 2024

# CMA Pro Report

These pages give a general overview of the selected properties.

## 623 Natural Dam Rd, Gettysburg, PA — Closed — $195,000



| | | | |
|---|---|---|---|
| **MLS ID#:** | PAAD2010470 | **Beds:** 3 | **Cls Price:** $195,000 |
| **Prop Type:** | Residential | **Baths:** 1 | **Cls Date:** 10/16/2023 |
| **Structure Type:** | Detached | | **Concessions:** $0 |
| **County:** | Adams, PA | | **AbvGrdFinSF:** 1,760 / Assessor |
| **Municipality:** | | | **Lot Size:** 2a / 76,666.00sf |
| **MLS Area:** | Freedom Twp | | **Lot Dim:** |
| **Subdiv/Ngh:** | GETTYSBURG | | **Condo/HOA:** $0 |
| **School Dist:** | Gettysburg Area | | **New Constr:** No |

| | | |
|---|---|---|
| **Sale Type:** Standard | **Ownership:** Fee Simple | **Year Built:** 1966 |
| | **Garage Spaces:** 0 | **Basement:** Yes / Interior Access, Outside E |
| | **Parking:** | **Waterfront:** No |
| | **Condition:** Average | **Dock Type:** |

**Remarks:** COMING SOON! Rancher located on a dead end road. This home features 3 Bedrooms, 1 bath, a 2 car open garage, workshop, and storage shed. A little handy work will go a long way to add value. Home is heated by a pellet stove and cooled by a built in window air conditioner. South of Gettysburg for easy commute via Rt 15 to Maryland or Harrisburg. 1.76 acres

## 42 E Hanover St, Gettysburg, PA — Closed — $199,900

| | | | |
|---|---|---|---|
| **MLS ID#:** | PAAD2011390 | **Beds:** 3 | **Cls Price:** $200,000 |
| **Prop Type:** | Residential | **Baths:** 1 | **Cls Date:** 12/26/2023 |
| **Structure Type:** | Detached | | **Concessions:** $0 |
| **County:** | Adams, PA | | **AbvGrdFinSF:** 1,261 / Assessor |
| **Municipality:** | | | **Lot Size:** 0a / 18,295.00sf |
| **MLS Area:** | Bonneauville Boro | | **Lot Dim:** |
| **Subdiv/Ngh:** | NONE AVAILABLE | | **Condo/HOA:** $0 |
| **School Dist:** | Littlestown Area | | **New Constr:** No |

| | | |
|---|---|---|
| **Sale Type:** Standard | **Ownership:** Fee Simple | **Year Built:** 1950 |
| | **Garage Spaces:** 2 | **Basement:** Yes / Poured Concrete, Unfinish |
| | **Parking:** Paved Driveway | **Waterfront:** No |
| | **Condition:** | **Dock Type:** |

**Remarks:** Charming and cared for 1271 Sq. Ft cape cod style home situated on .42 acres in the heart of Bonneauville! The property has a Gettysburg address but is in Littlestown School District and Bonneauville Boro. The property features an expansive partially fenced rear yard backing up to the park and a 2 story 2 car oversized 26 X 25 garage (has electric but no water/chimney not in use and conveys as-is). The left garage door is new, the right garage space has an electric opener and could potentially (if ramped) become a drive through, the second story offers a huge amount of storage space, the 15 x 10 rear room is perfect for use as a garden shed and the front main section of the garage provides enough space for a workshop. The first floor offers living room (wood flooring/Mini-split), kitchen (new vinyl flooring/built-in corner cabinet/ceiling fan), bedroom 1 (wood flooring/Mini-split), full hall bathroom (vinyl flooring/tub-shower combo), bedroom 2 (wood flooring/radiator) and has 7.5 Ft ceiling height. The second floor is bedroom 3 (wood flooring/Mini-split/closets/attic storage under dormer & eaves/ 6.8 ft ceiling height). The basement is unfinished but offers fully functional shower/toilet/sink, laundry hook ups, dehumidifier, canning/oil tank room, panel & fuse boxes, Mini-split, oil boiler (new stainless liner installed by clean sweep chimney service in March 2022). The average electric from previous 12 months was $200 p/month and the monthly water/sewer charge is $95 p/month.... all utility charges will be based on occupants' usage. There is no ability to hook up to natural gas on this road.

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Case 1:24-bk-01425-HWV    Doc 19    Filed 08/05/24    Entered 08/05/24 14:07:52    Desc
Main Document    Page 5 of 30



Kim Mills
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

Tuesday, May 28, 2024

# CMA Pro Report

These pages give a general overview of the selected properties.

| 660 Red Patch Ave, Gettysburg, PA | Closed | $199,900 |
| --- | --- | --- |



| | | | | |
| --- | --- | --- | --- | --- |
| **MLS #ID:** | PAAD2007364 | **Beds:** | 3 | **Cls Price:** $206,000 |
| **Prop Type:** | Residential | **Baths:** | 1 | **Cls Date:** 6/30/2023 |
| **Structure Type:** | Detached | | | **Concessions:** $0 |
| **County:** | Adams, PA | | | **AbvGrdFinSF:** 1,219 / Assessor |
| **Municipality:** | | | | **Lot Size:** 0a / 9,583.00sf |
| **MLS Area:** | Gettysburg Boro | | | **Lot Dim:** |
| **Subdiv/Ngh:** | NONE, RURAL | | | **Condo/HOA:** $0 |
| **School Dist:** | Gettysburg Area | | | **New Constr:** No |
| **Sale Type:** Standard | **Ownership:** Fee Simple | | | **Year Built:** 1954 |
| | **Garage Spaces:** 0 | | | **Basement:** Yes / Unfinished |
| | **Parking:** | | | **Waterfront:** No |
| | **Condition:** Good | | | **Dock Type:** |

**Remarks:** Diamond in the Rough-rare find home located on Red Patch Ave. Borders National Park Service, perfect home & property to renovate and add addition to main residence. Few locations afford this opportunity and still retain value.

| 171 Longstreet Dr, Gettysburg, PA | Closed | $209,900 |
| --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| **MLS #ID:** | PAAD2009322 | **Beds:** | 2 | **Cls Price:** $209,900 |
| **Prop Type:** | Residential | **Baths:** | 1 / 1 | **Cls Date:** 7/31/2023 |
| **Structure Type:** | Detached | | | **Concessions:** $2,500 |
| **County:** | Adams, PA | | | **AbvGrdFinSF:** 1,568 / Assessor |
| **Municipality:** | | | | **Lot Size:** 0a / 18,731.00sf |
| **MLS Area:** | Mount Joy Twp | | | **Lot Dim:** |
| **Subdiv/Ngh:** | LAKE HERITAGE | | | **Condo/HOA:** $0 |
| **School Dist:** | Gettysburg Area | | | **New Constr:** No |
| **Sale Type:** Standard | **Ownership:** Fee Simple | | | **Year Built:** 1967 |
| | **Garage Spaces:** 0 | | | **Basement:** No |
| | **Parking:** | | | **Waterfront:** No |
| | **Condition:** | | | **Dock Type:** |

**Remarks:** This cozy 2 bed 1 1/2 bath has been completely remodeled. Updates to include - New Kitchen w/ matching appliance package, new flooring throughout, new water heater, Mini split system, newly updated bathrooms, open floor plan, Recessed lighting, Ceiling fans, New 200-amp service panel. The Roof was recently recoated - May 2023 and a waterproofing system was installed by Baker's Waterproofing Company w/ a 25 yr. warranty.

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

Case 1:24-bk-01425-HWV    Doc 19    Filed 08/05/24    Entered 08/05/24 14:07:52    Desc
Main Document    Page 6 of 30



# CMA Pro Report

Tuesday, May 28, 2024

These pages give a general overview of the selected properties.

## 1590 Goldenville Rd, Gettysburg, PA — Closed — $219,900



| | | | |
|---|---|---|---|
| MLS #ID: | PAAD2009784 | Beds: 3 | Cls Price: $210,000 |
| Prop Type: | Residential | Baths: 1 | Cls Date: 11/10/2023 |
| Structure Type: | Detached | | Concessions: $0 |
| County: | Adams, PA | AbvGrdFinSF: | 1,109 / Assessor |
| Municipality: | | Lot Size: | 1a / 56,192.00sf |
| MLS Area: | Butler Twp | Lot Dim: | |
| Subdiv/Ngh: | BUTLER TOWNSHIP | Condo/HOA: | $0 |
| School Dist: | Upper Adams | New Constr: | No |
| Ownership: | Fee Simple | Year Built: | 1940 |
| Garage Spaces: | 0 | Basement: | Yes / Shelving, Sump Pump, Un |
| Parking: | | Waterfront: | No |
| Condition: | | Dock Type: | |

Sale Type: Standard

Remarks: Introducing a captivating 3-bedroom, 1-bathroom single-family home set on a generous 1.29-acre lot, this remarkable property is about to hit the market, offering a perfect blend of comfort and convenience. Prepare to be impressed by the array of updates and features that make this home truly special. Step inside and discover an invitingly updated bathroom, complete with a modern walk-in shower and sleek granite counters. The kitchen has also received a stylish remodel, featuring new flooring and stunning granite counters that add an elegant touch to your culinary endeavors. Throughout the home, new flooring enhances the spacious living rooms, creating a warm and welcoming ambiance for entertaining or simply unwinding after a long day. Unleash your creativity in the unfinished basement, equipped with a sump pump, shelving, and convenient walkout stairs, offering ample storage space and potential for expansion to suit your unique needs. The property' boasts a brand new septic system. With more than five parking spaces available, hosting guests or accommodating multiple vehicles is a breeze. Don't let this opportunity pass you by. Whether you're a first-time buyer, downsizing, or seeking a peaceful retreat, this home ticks all the boxes. Get in touch with us today to secure a private showing and discover the endless possibilities that await you in this remarkable property.

## 2445 Baltimore Pike, Gettysburg, PA — Closed — $213,000

| | | | |
|---|---|---|---|
| MLS #ID: | PAAD2011230 | Beds: 4 | Cls Price: $213,000 |
| Prop Type: | Residential | Baths: 1 | Cls Date: 2/6/2024 |
| Structure Type: | Detached | | Concessions: $12,780 |
| County: | Adams, PA | AbvGrdFinSF: | 1,064 / Assessor |
| Municipality: | | Lot Size: | 0a / 19,602.00sf |
| MLS Area: | Mount Joy Twp | Lot Dim: | |
| Subdiv/Ngh: | MOUNT JOY TOWNSHIP | Condo/HOA: | $0 |
| School Dist: | Gettysburg Area | New Constr: | No |
| Ownership: | Fee Simple | Year Built: | 1949 |
| Garage Spaces: | 2 | Basement: | Yes / Unfinished |
| Parking: | | Waterfront: | No |
| Condition: | | Dock Type: | |

Sale Type: Standard

Remarks: Adorable bungalow convenient to commuter routes needs your love. This home has an enclosed front porch that takes you back to a gentler time. The sitting porch is just the beginning; there are hardwood floors and a vintage stove that add charm to this home. The metal roof was installed in 2016 and air conditioning was installed in 2018. The two-car garage at the back was built in 1988. What a great opportunity to make a traditional home your own. Come put your touch on this home sweet home!

©2024 Bright MLS, Inc. All rights reserved. Information not guaranteed.

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# CMA Pro Report

These pages give a general overview of the selected properties.

## Closed Properties

| | |
|---|---|
| Total # of Listings | **6** |
| Lowest Price | **$195,000** |
| Highest Price | **$213,000** |
| Average Price | **$205,650** |
| Avg. Price/SqFt | **$160.30** |
| Avg DOM | **25** |



©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

# CMA Pro Report

These pages give a general overview of the selected properties.



Summary Graph/Analysis

## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg $ Per SF |
|---|---|---|---|---|
| Closed | $195,000 | $213,000 | $205,650 | $160.30 |
| **Totals / Averages** | **$195,000** | **$213,000** | **$205,650** | **$160.30** |

## Closed Property Analysis

| Address | List Price | Closed Price | Conc | DOM | %CP/LP | CP/Sqft |
|---|---|---|---|---|---|---|
| 623 Natural Dam Rd | $195,000 | $195,000 | $0 | 2 | 100.00% | $110.80 |
| 42 E Hanover St | $199,900 | $200,000 | $0 | 4 | 100.05% | $158.60 |
| 660 Red Patch Ave | $199,900 | $206,000 | $0 | 25 | 103.05% | $168.99 |
| 171 Longstreet Dr | $209,900 | $209,900 | $2,500 | 9 | 100.00% | $133.86 |
| 1590 Goldenville Rd | $219,900 | $210,000 | $0 | 89 | 95.50% | $189.36 |
| 2445 Baltimore Pike | $213,000 | $213,000 | $12,780 | 23 | 100.00% | $200.19 |
| **Total Averages** | **$206,267** | **$205,650** | **$2,547** | **25.33** | **99.77%** | **$160.30** |

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# CMA Pro Report

These pages give a general overview of the selected properties.

## Property Summary

| S | Street Address | Bds | Bth | Sqft | List Price | Closed Price | Conc | Closed Date | DOM |
|---|---|---|---|---|---|---|---|---|---|
| CLS | 623 Natural Dam Rd | 3 | 1 | 1,760 | $195,000 | $195,000 | $0 | 10/16/2023 | 2 |
| CLS | 42 E Hanover St | 3 | 1 | 1,261 | $199,900 | $200,000 | $0 | 12/26/2023 | 4 |
| CLS | 660 Red Patch Ave | 3 | 1 | 1,219 | $199,900 | $206,000 | $0 | 06/30/2023 | 25 |
| CLS | 171 Longstreet Dr | 2 | 1 / 1 | 1,568 | $209,900 | $209,900 | $2,500 | 07/31/2023 | 9 |
| CLS | 1590 Goldenville Rd | 3 | 1 | 1,109 | $219,900 | $210,000 | $0 | 11/10/2023 | 89 |
| CLS | 2445 Baltimore Pike | 4 | 1 | 1,064 | $213,000 | $213,000 | $12,780 | 02/06/2024 | 23 |

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Kim Mills
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

## Status: Closed

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | Closed Dt |
|------|---------|-----|-----|----------|-------|-----|-----------|--------|------|-----------|
| PAAD2010470 | 623 Natural Dam Rd | 3 | 1 | 1,760 | 1.76 | 2 | $195,000 | $195,000 | | 10/16/2023 |
| PAAD2011390 | 42 E Hanover St | 3 | 1 | 1,261 | 0.42 | 4 | $199,900 | $200,000 | | 12/26/2023 |
| PAAD2007364 | 660 Red Patch Ave | 3 | 1 | 1,219 | 0.22 | 25 | $199,900 | $206,000 | | 06/30/2023 |
| PAAD2009322 | 171 Longstreet Dr | 2 | 1 / 1 | 1,568 | 0.43 | 9 | $209,900 | $209,900 | $2,500 | 07/31/2023 |
| PAAD2009784 | 1590 Goldenville Rd | 3 | 1 | 1,109 | 1.29 | 89 | $219,900 | $210,000 | | 11/10/2023 |
| PAAD2011230 | 2445 Baltimore Pike | 4 | 1 | 1,064 | 0.45 | 23 | $213,000 | $213,000 | $12,780 | 02/06/2024 |
| **Averages:** | **$205,650** | **3** | **1/1** | **1,330** | **0.76** | **25** | **$206,267** | **$205,650** | **$7,640** | |

## Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg CDOM |
|--------|-------|-----------|----------------|--------|-----|------|----------|
| Closed | 6 | $205,650 | $160.30 | $207,950 | $195,000 | $213,000 | 58 |
| **Total** | **6** | **$205,650** | **$160.30** | **$207,950** | **$195,000** | **$213,000** | **58** |

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**
Coldwell Banker Realty

# CMA Price Adjustments

Tuesday, May 28, 2024

This page outlines the subject property versus comparables properties.

  

| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | **3075 Emmitsburg Rd** | **623 Natural Dam Rd** | | **42 E Hanover St** | |
| MLS# | 13E17-0012---000 | PAAD2010470 | | PAAD2011390 | |
| Status | Public Record Comparable | Closed | | Closed | |
| Prop Type | RES | Residential | | Residential | |
| City | Gettysburg | Gettysburg | | Gettysburg | |
| Sch District | Gettysburg | Gettysburg Area | | Littlestown Area | |
| Subdiv/Neigh | | GETTYSBURG | | NONE AVAILABLE | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Ranch/Rambler | | Cape Cod | |
| Structure Type | SingleBldg | Detached | | Detached | |
| Year Built | 1940 | 1966 | | 1950 | |
| Taxes/Tax Yr | $2,170.00 | $2,823 / 2023 | | $3,001 / 2022 | |
| Assessed Val | $133,100 | $173,200 | | $146,300 | |
| List Date | | 09/04/2023 | | 12/08/2023 | |
| Closed Date | 4/24/2001 | 10/16/2023 | | 12/26/2023 | |
| DOM/CDOM | --/ | 2/2 | | 4/4 | |
| List Price | | $195,000 | | $199,900 | |
| Closed Price | $101,000 | $195,000 | | $200,000 | |
| Concessions | | $0 | | $0 | |
| Abv Grd FinSF | 1364 | 1,760 | | 1,261 | |
| Blw Grd FinSF | | 0 | | 0 | |
| $/SqFt | $44.00 | $110.80 | | $158.60 | |
| Acres | 1.38 | 1.760 | | 0.420 | |
| Beds | 4 | 3 | | 3 | |
| Baths | 2 / 0 | 1 | | 1 | |
| Bsmnt Type | Full | Interior Access, Outside Entrance, | | Poured Concrete, Unfinished | |
| Garage Spcs | | 0 | | 2 | |
| Parking | | | | Paved Driveway | |
| Fireplaces | 0 | 0 | | 0 | |
| Cooling | | Window Unit(s) | | Ductless/Mini-Split | |
| Heating | Hot Water | Other | | Heat Pump(s), Radiator | |
| Water | | Well | | Public | |
| Sewer | | On Site Septic | | Public Sewer | |
| Waterfront | | No | | No | |
| Pool | | No Pool | | No Pool | |

| | | | | |
|---|---|---|---|---|
| **Price** | | **$195,000** | | **$200,000** |
| **Total Adjustments** | | **$0** | | **$0** |
| **Adjusted Price** | | **$195,000** | | **$200,000** |

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty


# CMA Price Adjustments

Tuesday, May 28, 2024

This page outlines the subject property versus comparables properties.





| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | 3075 Emmitsburg Rd | 660 Red Patch Ave | | 171 Longstreet Dr | |
| MLS# | 13E17-0012---000 | PAAD2007364 | | PAAD2009322 | |
| Status | Public Record Comparable | Closed | | Closed | |
| Prop Type | RES | Residential | | Residential | |
| City | Gettysburg | Gettysburg | | Gettysburg | |
| Sch District | Gettysburg | Gettysburg Area | | Gettysburg Area | |
| Subdiv/Neigh | | NONE, RURAL | | LAKE HERITAGE | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Ranch/Rambler | | Bungalow, Ranch/Rambler | |
| Structure Type | SingleBldg | Detached | | Detached | |
| Year Built | 1940 | 1954 | | 1967 | |
| Taxes/Tax Yr | $2,170.00 | $3,324 / 2022 | | $3,346 / 2022 | |
| Assessed Val | $133,100 | $165,200 | | $213,200 | |
| List Date | | 11/28/2022 | | 06/02/2023 | |
| Closed Date | 4/24/2001 | 06/30/2023 | | 07/31/2023 | |
| DOM/CDOM | --/ | 25/25 | | 9/205 | |
| List Price | | $199,900 | | $209,900 | |
| Closed Price | $101,000 | $206,000 | | $209,900 | |
| Concessions | | $0 | | $2,500 | |
| Abv Grd FinSF | 1364 | 1,219 | | 1,568 | |
| Blw Grd FinSF | | 300 | | 0 | |
| $/SqFt | $44.00 | $168.99 | | $133.86 | |
| Acres | 1.38 | 0.220 | | 0.430 | |
| Beds | 4 | 3 | | 2 | |
| Baths | 2 / 0 | 1 | | 1 / 1 | |
| Bsmnt Type | Full | Unfinished | | | |
| Garage Spcs | | 0 | | 0 | |
| Parking | | | | | |
| Fireplaces | 0 | 1 | | 0 | |
| Cooling | | Window Unit(s) | | Ductless/Mini-Split | |
| Heating | Hot Water | Hot Water | | Baseboard - Electric, Heat Pump- | |
| Water | | Public | | Public | |
| Sewer | | Public Sewer | | Public Sewer | |
| Waterfront | | No | | No | |
| Pool | | No Pool | | Yes - Community | |

| | Price | Total Adjustments | Adjusted Price |
|---|---|---|---|
| | $206,000 | $0 | $206,000 |
| | $209,900 | $0 | $209,900 |

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# CMA Price Adjustments

Tuesday, May 28, 2024

This page outlines the subject property versus comparables properties.





| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | **3075 Emmitsburg Rd** | **1590 Goldenville Rd** | | **2445 Baltimore Pike** | |
| MLS# | 13E17-0012---000 | PAAD2009784 | | PAAD2011230 | |
| Status | Public Record Comparable | Closed | | Closed | |
| Prop Type | RES | Residential | | Residential | |
| City | Gettysburg | Gettysburg | | Gettysburg | |
| Sch District | Gettysburg | Upper Adams | | Gettysburg Area | |
| Subdiv/Neigh | | BUTLER TOWNSHIP | | MOUNT JOY TOWNSHIP | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Other | | Bungalow | |
| Structure Type | SingleBldg | Detached | | Detached | |
| Year Built | 1940 | 1940 | | 1949 | |
| Taxes/Tax Yr | $2,170.00 | $2,917 / 2023 | | $2,511 / 2022 | |
| Assessed Val | $133,100 | $140,100 | | $160,000 | |
| List Date | | 07/10/2023 | | 11/19/2023 | |
| Closed Date | 4/24/2001 | 11/10/2023 | | 02/06/2024 | |
| DOM/CDOM | --/ | 89/89 | | 23/23 | |
| List Price | | $219,900 | | $213,000 | |
| Closed Price | $101,000 | $210,000 | | $213,000 | |
| Concessions | | $0 | | $12,780 | |
| Abv Grd FinSF | 1364 | 1,109 | | 1,064 | |
| Blw Grd FinSF | | 0 | | 0 | |
| $/SqFt | $44.00 | $189.36 | | $200.19 | |
| Acres | 1.38 | 1.290 | | 0.450 | |
| Beds | 4 | 3 | | 4 | |
| Baths | 2 / 0 | 1 | | 1 | |
| Bsmnt Type | Full | Shelving, Sump Pump, Unfinished | | Unfinished | |
| Garage Spcs | | 0 | | 2 | |
| Parking | | | | | |
| Fireplaces | 0 | 0 | | 0 | |
| Cooling | | Window Unit(s) | | Central A/C | |
| Heating | Hot Water | Forced Air | | Hot Water | |
| Water | Well | Well | | Well | |
| Sewer | | On Site Septic | | On Site Septic | |
| Waterfront | No | No | | No | |
| Pool | | No Pool | | No Pool | |

| | Price | $210,000 | $213,000 |
|---|---|---|---|
| | Total Adjustments | $0 | $0 |
| | Adjusted Price | $210,000 | $213,000 |

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty



# Results Statistics

*Prepared By: Kimberly M Mills*

Listings as of **05/28/24 at 2:36 pm**

---

### Residential Sale

**Closed Properties**

| MLS # | Address | City | Bds | Bths | Yr Blt | Acres | Abv Grd SF | CL$/SqFt | List Price | CL Price | Concess | CL Date | CLP%LP | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAAD2010470 | 623 Natural Dam Rd | Gettysburg | 3 | 1 | 1966 | 1.76 | 1,760 | $110.80 | $195,000 | $195,000 | | 10/16/2023 | 100.00 | 2 |
| PAAD2011390 | 42 E Hanover St | Gettysburg | 3 | 1 | 1950 | 0.42 | 1,261 | $158.60 | $199,900 | $200,000 | | 12/26/2023 | 100.05 | 4 |
| PAAD2007364 | 660 Red Patch Ave | Gettysburg | 3 | 1 | 1954 | 0.22 | 1,219 | $168.99 | $199,900 | $206,000 | | 06/30/2023 | 103.05 | 25 |
| PAAD2009322 | 171 Longstreet Dr | Gettysburg | 2 | 1 / 1 | 1967 | 0.43 | 1,568 | $133.86 | $209,900 | $209,900 | $2,500 | 07/31/2023 | 100.00 | 9 |
| PAAD2009784 | 1590 Goldenville Rd | Gettysburg | 3 | 1 | 1940 | 1.29 | 1,109 | $189.36 | $219,900 | $210,000 | | 11/10/2023 | 95.50 | 89 |
| PAAD2011230 | 2445 Baltimore Pike | Gettysburg | 4 | 1 | 1949 | 0.45 | 1,064 | $200.19 | $213,000 | $213,000 | $12,780 | 02/06/2024 | 100.00 | 23 |

| | | | Bds | Bths | Yr Blt | Acres | Abv Grd SF | CL$/SqFt | List Price | CL Price | Concess | | CLP%LP | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **# LISTINGS:** | 6 | **Medians:** | 3 | 1.0 | 1952 | 0.44 | 1,240 | $163.80 | $204,900 | $207,950 | $7,640 | | 100.00 | 16 |
| | | **Minimums:** | 2 | 1.0 | 1940 | 0.22 | 1,064 | $110.80 | $195,000 | $195,000 | $2,500 | | 95.50 | 2 |
| | | **Maximums:** | 4 | 2.0 | 1967 | 1.76 | 1,760 | $200.19 | $219,900 | $213,000 | $12,780 | | 103.05 | 89 |
| | | **Averages:** | 3 | 1.2 | 1954 | 0.76 | 1,330 | $160.30 | $206,267 | $205,650 | $7,640 | | 99.77 | 25 |

---

### Quick Statistics  ( 6 Listings Total )

| | Min | Max | Average | Median |
|---|---|---|---|---|
| **List Price** | $195,000 | $219,900 | $206,267 | $204,900 |
| **Closed Price** | $195,000 | $213,000 | $205,650 | $207,950 |
| **DOM** | 2 | 89 | 25 | 16 |

---

© BRIGHT - Information, although reliable, is not guaranteed and should be independently verified. Measurements may not be exact and should not be relied upon. School service boundaries are intended to be used as a reference only, to verify school information contact the school and/or school district directly.

Copyright 2024 Created: 05/28/2024 2:36 PM



## Residential Stats - Analysis Detail Report

**Closed**      **6 LISTINGS**

| | Price when initially entered | | | | | Price at time of sale | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Closed Price - Concession | | = Net Price | / | Orig. Price = | % Of | Closed Price - Concession | | = Net Price / | List Price = | % Of | DOM | CDOM | Age |
| 623 Natural Dam Rd | $195,000 | $0 | $195,000 | $195,000.00 | 100.00 | $195,000 | $0 | $195,000 | $195,000 | 100.00 | 2 | 2 | 58 |
| 42 E Hanover St | $200,000 | $0 | $200,000 | $199,900.00 | 100.05 | $200,000 | $0 | $200,000 | $199,900 | 100.05 | 4 | 4 | 74 |
| 660 Red Patch Ave | $206,000 | $0 | $206,000 | $199,900.00 | 103.05 | $206,000 | $0 | $206,000 | $199,900 | 103.05 | 25 | 25 | 70 |
| 171 Longstreet Dr | $209,900 | $2,500 | $207,400 | $214,900.00 | 96.51 | $209,900 | $2,500 | $207,400 | $209,900 | 98.81 | 9 | 205 | 57 |
| 1590 Goldenville Rd | $210,000 | $0 | $210,000 | $234,900.00 | 89.40 | $210,000 | $0 | $210,000 | $219,900 | 95.50 | 89 | 89 | 84 |
| 2445 Baltimore Pike | $213,000 | $12,780 | $200,220 | $213,000.00 | 94.00 | $213,000 | $12,780 | $200,220 | $213,000 | 94.00 | 23 | 23 | 75 |
| Low | $195,000 | $0 | $195,000 | $195,000 | 89.40 | $195,000 | $0 | $195,000 | $195,000 | 94.00 | 2 | 2 | 57 |
| High | $213,000 | $12,780 | $210,000 | $234,900 | 103.05 | $213,000 | $12,780 | $210,000 | $219,900 | 103.05 | 89 | 2 | 84 |
| Median | $207,950 | $0 | $203,110 | $206,450 | 98.26 | $207,950 | $0 | $203,110 | $204,900 | 99.40 | 16 | 24 | 72 |
| Average | $205,650 | $2,547 | $203,103 | $209,600 | 97.17 | $205,650 | $2,547 | $203,103 | $206,267 | 98.57 | 25 | 58 | 70 |

## Report Totals      Properties: 6

| | List Price: | Orig. List Price: | % of: | Closed Price: | Concession: | Net Price: | DOM: | CDOM: | Age: |
|---|---|---|---|---|---|---|---|---|---|
| Low | $195,000 | $195,000 | 89.40 | $195,000 | $0 | $195,000 | 2 | 2 | 57 |
| High | $219,900 | $234,900 | 103.05 | $213,000 | $12,780 | $210,000 | 89 | 205 | 84 |
| Median | $204,900 | $206,450 | 98.26 | $207,950 | $0 | $203,110 | 16 | 24 | 72 |
| Average | $206,267 | $209,600 | 97.17 | $205,650 | $2,547 | $203,103 | 25 | 58 | 70 |

Copyright (c) 2024 BRIGHT
Information is believed to be accurate, but should not be relied upon without verification.
Source of square footage, lot size, schools, etc. information is not verified.

Tuesday, May 28, 2024

# Pricing Recommendation

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $205,700 | Average Price/Sq Ft: | $160 |
| High Price: | $213,000 | High Price/Sq Ft: | $200 |
| Median Price: | $208,000 | Median Price/Sq Ft: | $164 |
| Low Price: | $195,000 | Low Price/Sq Ft: | $111 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

**I believe taking price per square foot and property condition, I would list your home for $210,000.**

**Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

# CMA 4-Up Listings Report

Tuesday, May 28, 2024

This page outlines the subject property versus comparables properties.






| | 3075 Emmitsburg Rd | 623 Natural Dam Rd | 42 E Hanover St | 660 Red Patch Ave |
|---|---|---|---|---|
| Address | 3075 Emmitsburg Rd | 623 Natural Dam Rd | 42 E Hanover St | 660 Red Patch Ave |
| County | 1da3 s, E1 | 1da3 s, E1 | 1da3 s, E1 | 1da3 s, E1 |
| Municipality | 7-eedP3 Tbl | 7-eedP3 Tbl D1da3 s CPug | BPggeauNe BP-P D1da3 s ( | h eWsi u-n BP-P D1da3 s CF |
| Neighborhood | | h GTT5t Bl r h | wV wG 1f 1v 1BvG | wV wG, r l r 1v |
| Status | Eui dR r eoP-d CP3 l a-ai œ | CPsed | CPsed | CPsed |
| Closed Date | 4n24n0p | p0m6n202. | p2n26n202. | 06m0n202. |
| List Price | | Sp9Q,000 | Sp99,900 | Sp99,900 |
| Closed Price | Sp0p,000 | Sp9Q,000 | S200,000 | S206,000 |
| Concessions | | wP, S0 | wP, S0 | wP, S0 |
| Financing | | Cas( | Cas( | CPgNegWRgac |
| Property Class | r Gt | r esRegWac | r esRegWac | r esRegWac |
| Structure Type | t RgnœBcdn | ) eWo( ed | ) eWo( ed | ) eWo( ed |
| Ownership | | 7ee t R3l œ | 7ee t R3l œ | 7ee t R3l œ |
| Sale Type | | t Wgda-d | t Wgda-d | t Wgda-d |
| Style | | r ago( m a3 iœ- | Cal e CPd | r ago( m a3 iœ- |
| Levels/Stories | | p | p/O | p |
| Year Built | p940 | p966 | p9O0 | p9O4 |
| Condition | | 1Ne-ane | | h PPd |
| Annual Tax | S2,p50 | S2,82. | S. ,00p | S. ,. 24 |
| Tax Total Asmt | Sp. . ,p00 | Sp$. ,200 | Sp46,. 00 | Sp6Q,200 |
| Lot Acres/SqFt | p/. 8a n60pp. sF | 2a n$6,666/00sF | 0a m8,29O/00sF | 0a m9,O8. /00sF |
| Lot Dimension | | | | |
| Waterfront | | wP | wP | wP |
| Abv Grd Fin SF | p. 64 | p,$60 | p,26p | p,2p9 |
| Blw Grd Fin SF | | 0 | 0 | . 00 |
| Total Bldg SF | p. 64 | 2,944 | 2,008 | 2,$. 8 |
| Total Units | | 0 | 0 | 0 |
| Bedrooms | 4 | . | . | . |
| Baths | 2 m0 | p | p | p |
| Garage Spaces | | 0 | 2 | 0 |
| Parking Feat | | | EaNed ) -Rleb ay | |
| Basement | 7uc | lgW-lR- 1ooess, V uWRe GgW | EPu-ed CPgo-eW, l gRgR( ed | l gRgR( ed |
| Cooling | | A RgdPb l gRWsU | ) uoWessrMlgRd l dW | A RgdPb l gRWsU |
| Heat | HPWA aW- | V We- | HeaVWEu3 l YSU r adRaW- | HPWA aW- |
| Pool | | wP EPPc | wP EPPc | wP EPPc |
| DOM | | 2 | 4 | 2O |
| MLS# | p. Gp$D0p2D0000 | E11) 20p04$0 | E11) 20pp. 90 | E11) 200$. 64 |

<br>

<br>

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

Tuesday, May 28, 2024

# CMA 4-Up Listings Report
This page outlines the subject property versus comparables properties.

   

| | | | | |
|---|---|---|---|---|
| Address | 3075 Emmitsburg Rd | 171 Longstreet Dr | 1590 Goldenville Rd | 2445 Baltimore Pike |
| County | 1da3 s, E1 | 1da3 s, E1 | 1da3 s, E1 | 1da3 s, E1 |
| Municipality | 7-eedP3 Tbl | MPugWKPy Tbl D1da3 s CPu | BuWe- Tbl D1da3 s CPugWy | MPugWKPy Tbl D1da3 s CPu |
| Neighborhood | Eui dRor eoP-d CP3 l a-ai ae | v1 J G HGr LT1h G | BI TvGr TVA wt HlE | MVl wT KV5 TVA wt HlE |
| Status | | CdPsed | CdPsed | CdPsed |
| Closed Date | 4n24n0p | 0$mpn202. | ppm0n202. | 02n06n2024 |
| List Price | | S209,900 | S2p9,900 | S2p. ,000 |
| Closed Price | Sp0p,000 | S209,900 | S2p0,000 | S2p. ,000 |
| Concessions | | 5es, S2,C00, r el aRs | wP, S0 | 5es, Sp2,$80, seoe-s ( ed |
| Financing | | Cas( | CPgNegWPgac | 7H1 |
| Property Class | r Gt | r esRegWRc | r esRegWRc | r esRegWRc |
| Structure Type | t RgnceBcdn | ) eWo( ed | ) eWo( ed | ) eWo( ed |
| Ownership | | 7ee t R3l ce | 7ee t R3l ce | 7ee t R3l ce |
| Sale Type | | t Wgda-d | t Wgda-d | t Wgda-d |
| Style | | BugnadPb , r ago( m a3 i ce- | V We- | BugnadPb |
| Levels/Stories | | p | 2 | p |
| Year Built | p940 | p96$ | p940 | p949 |
| Condition | | | | |
| Annual Tax | S2,p$0 | S. ,. 46 | S2,9p$ | S2,Opp |
| Tax Total Asmt | Sp. . ,p00 | S2p. ,200 | Sp40,p00 | Sp60,000 |
| Lot Acres/SqFt | p/. 8a m60pp. sF | 0a mp8,$. p/00sF | pa mC6,p92/00sF | 0a mp9,602/00sF |
| Lot Dimension | | | | |
| Waterfront | | wP | wP | wP |
| Abv Grd Fin SF | p. 64 | p,C68 | p,p09 | p,064 |
| Blw Grd Fin SF | | 0 | 0 | 0 |
| Total Bldg SF | p. 64 | p,C68 | p,$8O | p,$. 6 |
| Total Units | | 0 | 0 | 0 |
| Bedrooms | 4 | 2 | . | 4 |
| Baths | 2 m0 | p mp | p | p |
| Garage Spaces | | 0 | 0 | 2 |
| Parking Feat | | | | |
| Basement | 7uc | | t ( edRgn, t u3 l Eu3 l, l gRg | l gRgR( ed |
| Cooling | | ) uoWessmRgRl dRW | A RgdPb l gRRU | CegWac1 nC |
| Heat | HPWA aW- | Basei Pa-d DGeoWR, HeaWE | 7P-oed 1R | HPWA aW- |
| Pool | | 5es DCP3 3 ugRW | wP EPPc | wP EPPc |
| DOM | | 9 | 89 | 2. |
| MLS# | p. Gp$D00p2D0000 | E11 ) 2009. 22 | E11 ) 2009$84 | E11 ) 20pp2. 0 |

©2024 B-R( VWvt , lgo/ 1c-R( W-ese-Ned/
lgfF-3 aWRg gPWua-agWed/

r esea-o( ed agd l -el a-ed i y **Kim Mills**
CPd-her Bagke- r eadW

Case 1:24-bk-01425-HWV    Doc 19    Filed 08/05/24    Entered 08/05/24 14:07:52    Desc
Main Document    Page 19 of 30

Kim Mills
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# Activity vs. Timing

This chart highlights the importance of pricing correctly at market value.



This chart illustrates the level of excitement and interest in a new listing over time. It also demonstrates the importance of pricing correctly. When a property is first listed, it generates a very high level of interest from prospective buyers, which reduces dramatically over time. It is important to be priced correctly from the beginning, during the peak of this curve.

©2024 hdgwbMLS, IBl . Att dgwb oeseoved.
IBlRomabRB BRbguaaBbed.

Cesead wed aBd nœnaœd ky **Kim Mills**

Bde elt haBreo Ceatly

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# The Effect of Over Pricing

This chart highlights the importance of pricing correctly at market value.

This is the average percentage difference between the Selling and
Asking Price by the length of time the home was on the market.



- Put your best foot forward immediately
- Establish a competitive asking price
- Keep your home in top showing condition
- Offer favorable financing terms

©2024 n
lpfr

Tuesday, May 28, 2024

# The Benefits of Using a Professional REALTOR®

This page outlines the benefits of using a professional REALTOR® to sell your property.

You'll experience a wide variety of benefits when you hire a real estate professional. Successfully selling a property is a complicated exercise, and REALTORS® have the experience, resources and contacts to complete your sale quickly and smoothly.

**Pricing**
A REALTOR® will help you determine the selling price of your property at a level that accurately reflects its value in current market conditions and will not cost you missed opportunities.

**Marketing**
A REALTOR® will have many useful suggestions on ways to improve the marketability of your property, including cosmetic repairs and other items that will create a favorable impression among buyers.

Your property will enjoy a wider exposure among buyers when you use a REALTOR®. In addition to using flyers and organizing open house days, a REALTOR®'s extensive contact list of former clients, newly qualified buyers and other industry professionals can significantly reduce the time your property is on the market.

A REALTOR® will also allow you to tap into a highly productive and extensive industry network, such as a Multiple Listing Service or other industry marketing system.

Advertising your property efficiently is another area where a REALTOR® can play an important role. A REALTOR®'s experience in deciding on the most appropriate type and frequency of advertising for your property can be invaluable. For example, placing too many ads can create the impression that there may be something wrong with the property or that the seller is desperate.

**Security**
Security is a major consideration when showing your home. By using a REALTOR®, you can rest assured that all showings will be pre-screened and supervised.

**Negotiating**
When negotiating a purchase, most buyers prefer to deal with a middleperson who is objective, unemotional and professional. Buyers will often feel more comfortable with a REALTOR® than with the owner when they want to raise issues that need resolving before making an offer.

**Monitoring, Renegotiating, Closing or Settling**
A REALTOR® will guide you through the minefield of potential problems associated with the appraisal, inspection and financing process, including the often complicated escrow instructions. In addition, your agent can meet and instruct any specialists or tradespeople who may be required for repairs

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**
Coldwell Banker Realty

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# Market Analysis Explanation

This is an explanation and overview of this market analysis.

This Comparative Market Analysis will help to determine the correct selling price of your home. Ultimately, the correct selling price is the highest possible price the market will bear.

This market analysis is divided into three categories:

1. Comparable homes that are currently for sale
2. Comparable homes that were recently sold
3. Comparable homes that failed to sell

Looking at similar homes that are currently offered for sale, we can assess the alternatives that a serious buyer has from which to choose. We can also be sure that we are not under pricing your home.

Looking at similar homes that were sold in the past few months, we can see a clear picture of how the market has valued homes that are comparable to yours. Banks and other lending institutions also analyze these sales to determine how much they can lend to qualified buyers.

Looking at similar homes that failed to sell, we can avoid pricing at a level that would not attract buyers.

This Comparative Market Analysis has been carefully prepared for you, analyzing homes similar to yours. The aim of this market analysis is to achieve the maximum selling price for your home, while being able to sell your home within a relatively short period of time.

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# The Importance of Pricing

This chart highlights the importance of pricing correctly at market value.



This graph illustrates the importance of pricing correctly. The centerline represents market value. As you move above this market value, you attract much smaller percentage of prospective buyers, greatly reducing your chances of a sale. Conversely, as you move below market value, you attract a much larger percentage of potential buyers.

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# Setting the Price

This chart highlights the importance of pricing correctly at market value.



When setting a price for your property, the listing level must strike a balance between the seller's need to achieve the best-possible return and the buyer's need to get good value. With many years of experience, a professional Real Estate Agent can help you set a price that will accomplish both objectives.

**Establishing market value**

The market value of your property is determined in exactly the same way as any other commodity – what a buyer is willing to pay for it in today's market. Despite the price you paid originally, or the value of any improvements you may have made, the value is determined by market forces.

**Look at the competition**

Buyers look at about a dozen properties on average before making an offer on a property. As a result, they have a good overview of the market and will compare your property against the competition. If it's not in line with similar properties that are available, buyers won't consider it good value for money.

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Case 1:24-bk-01425-HWV    Doc 19    Filed 08/05/24    Entered 08/05/24 14:07:52    Desc
Main Document      Page 25 of 30



# The Pitfalls of Overpricing

This chart highlights the importance of pricing correctly at market value.

Overpricing your house in the belief that you can reduce the price back later is a strategy that can backfire badly. For example, by the time you reduce your price, you may miss out on a surge of interest in properties like yours. Also, if prices are lowered, buyers may wonder if there's something wrong with the property that kept other buyers away. So to keep from selling your property at below market value and from wasting valuable time, don't fall into the overpricing trap.



©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty


Tuesday, May 28, 2024

# Where a Commission Goes

This page describes how a commission is divided amongst all of the parties involved.

Listing Broker — Listing Agent

Selling Agent — Selling Broker

After a successful sale of your property, the real estate commission is shared among all who assisted in this important transaction. Generally, the commission is divided four ways: to the listing broker, the listing agent, the selling broker and the selling agent. In recognition of the important roles each played in the sale of your property, each is compensated by a percentage of the commission.

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

**Kim Mills**
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# Steps to a Positive Showing

This page describes the key steps to making for a positive showing of your property.

You only get one opportunity to make a good impression, so you want to make it count. By following these guidelines, you'll enhance the attractiveness of your property and reduce the time it takes to generate serious offers.

### First Impressions

How your property appears from the outside is important. To make a good first impression on a buyer, a clean driveway, a freshly mown lawn or a trimmed hedge will work wonders.

Do a critical inspection of the exterior of your property, paying special attention to the condition of your windows, shutters, screens and gutters. One of the first things a buyer will notice is the need for painting. If your property looks like it needs painting, many buyers will form an unfavorable impression. Elsewhere, little things count. Make sure the front door is spotless, including the doorknob, and that the windows gleam.

### Cleanliness Counts

Once inside your property, one of the key factors that influences its appeal to a buyer is cleanliness. Most important is front hallway, the kitchen and the bathrooms. Do a room-by-room cleaning, and don't forget any out-of-sight areas because that's often where a discriminating buyer will look first.

The state of the carpets can also be a determining factor. At the very least, have your carpets cleaned, and if they are worn, it's wise to replace them, or remove them if there is hardwood underneath.

### Less is More

Clutter makes a poor impression. In closets, cabinets, kitchen countertops and other storage areas like basements, remove anything not needed for daily housekeeping. To make each room in your property look larger, get rid of or donate unnecessary furniture. Walk through your property and think: "Less is more."

### Repairs

Make sure everything is in good working order. Dripping faucets, squeaky steps and loose doorknobs can easily create a bad impression and reduce the value of your property. A few hours spent on repairs, whether by yourself or a tradesman, can pay big dividends when an offer is made.

### Little Things Count

It's easy to improve the appearance of any room. You may want to replace worn rugs or small pillows, put new towels in the bathroom or brighten up a room with a vase of flowers.

### Pull Together

Get all the members of your household to pull together when it comes to getting – and keeping – your property ready to view. By getting everyone into the habit of spending a few minutes tidying up every morning for an afternoon showing, you improve your chances considerably.

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

Tuesday, May 28, 2024

# What it Takes to Show

This page describes what it takes to show your property.

### Scheduling the Showing

Coordination is the key. Before a sales associate from our firm or a cooperating broker shows or previews your property, a representative from our firm will contact you to schedule an appointment. You will then be notified of the timing, and, if it's acceptable, the appointment will be confirmed. If you can't be reached, the showing will proceed on the understanding that you wouldn't want to miss any chances for interested buyers to view your property.

### Timing

Ordinarily, you'll get plenty of notice about an appointment request. Some buyers, however, may ask to see your property as soon as possible. In such cases, a showing could take place within an hour or so. If a buyer requests a change to the timing of a scheduled showing, you'll be given as much notice as possible.

### Special Instructions

Any special instructions you may have given to your listing agent, such as information on pets, parking or security, will be listed in your property file and thoroughly explained to  the sales associate who requested the showing.

### The Showing

If you're not on hand during a showing, the sales associate will use the property's lock box to enter. If you're available, sales associates will introduce themselves and give you a business card.

### Privacy

The fewer people around during a showing, the better. It's also a good rule to let the buyer roam freely and discuss the property with the sales associate without interruption. A properly briefed sales associate will know the buyer's needs and will be able to point out the features that meet the requirements.

### Contact Information

If you're not going to be available to approve an appointment request, it's important to notify your sales associate. By leaving a telephone number where you can be contacted, you can be notified immediately about an offer.

### Previews

Occasionally, sales associates may schedule an appointment to view your property without a buyer. By familiarizing themselves with what's on the market, they will be an excellent position to alert a buyer to a property that fits the bill.

### Unscheduled Appointments

Ask any people who show up to view your property without an appointment to telephone the listing agent to request a showing. Even if the person identifies himself or herself as a licensed sales associate, an appointment request must be made first through your listing agent.

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty

Kim Mills
Coldwell Banker Realty
Office Ph: (717) 762-7111
Ph: (717) 752-4340
kim.mills@cbhomes.com

# CMA Map

This page displays the Map for the CMA Subject and your comparables.



3075 Emmitsburg Rd

1  623 Natural Dam Rd
2  42 E Hanover St
3  660 Red Patch Ave
4  171 Longstreet Dr
5  1590 Goldenville Rd
6  2445 Baltimore Pike

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Kim Mills**

Coldwell Banker Realty