Certificate Number: 16339-PAM-DE-038767218

Bankruptcy Case Number: 24-01425



16339-PAM-DE-038767218

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 14, 2024</u>, at <u>1:52</u> o'clock <u>PM EDT</u>, <u>Samantha Jane Rife</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>August 14, 2024</u>    By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>