United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01425-HWV
James Phillip Rife  Chapter 13
Samantha Jane Rife
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 4
Date Rcvd: Aug 19, 2024  Form ID: ntcnfhrg  Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Phillip Rife, Samantha Jane Rife, 3075 Emmitsburg Road, Gettysburg, PA 17325-7138 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5622816 | + | Barclays/Gap, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5643874 | + | Dr Gregory Romanow DMD, Dr Timothy Wentworth DMD, 985 Russell Avenue, Gaithersburg MD 20879-6211 |
| 5643872 | | Goldman Sachs Bank USA, c/o ARS Nat'l Services Inc, P.O. Box 469046, Escondido CA 92046-9046 |
| 5643873 | + | Graphcom, 1219 Chambersburg Road, Gettysburg PA 17325-7384 |
| 5622836 | + | SJR Research, 3075 Emmitsburg Road, Gettysburg, PA 17325-7138 |
| 5643871 | + | Senior Commons at Powder Mill, 1775 Powder Mill Rd, York PA 17403-4955 |
| 5625036 | + | Sloan Servicing on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 5622846 | + | UPgrade Card, PO Box 52210, Phoenix, AZ 85072-2210 |
| 5622848 | + | WellSpan, 25 Monument Drive, York, PA 17403-5060 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 19 2024 18:40:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5645898 | + | Email/Text: bnc@bass-associates.com | Aug 19 2024 18:40:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |
| 5622815 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 19 2024 18:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5645049 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 19 2024 18:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5622818 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2024 19:26:41 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5622819 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 19 2024 18:40:00 | CCB/ Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 5622817 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2024 19:26:38 | Cap 1/WMT, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5622821 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 18:48:00 | Citi, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 5622822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 18:48:13 | CitiBank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5625563 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 18:47:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5622824 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2024 18:47:40 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |

| Recip ID | | Method | Date/Time | Name/Address |
| --- | --- | --- | --- | --- |
| 5622823 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2024 18:37:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5624199 | | Email/Text: mrdiscen@discover.com | Aug 19 2024 18:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5622825 | + | Email/Text: mrdiscen@discover.com | Aug 19 2024 18:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5646273 | + | Email/Text: litigation@brownandjoseph.com | Aug 19 2024 18:40:00 | Hartford Financial Services Group, c/o Brown & Joseph LLC, One Pierce Place, Ste 700W, Itasca IL 60143-2606 |
| 5622813 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2024 18:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5622820 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 19 2024 19:28:51 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203 |
| 5629989 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 19 2024 19:28:09 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5622826 | ^ | MEBN | Aug 19 2024 18:34:03 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5624170 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2024 18:47:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5622827 | ^ | MEBN | Aug 19 2024 18:33:58 | Lending PT, 1201 Roberts Blvd, Bldg B200, Kennesaw, GA 30144-3612 |
| 5622828 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2024 18:47:40 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5645112 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2024 18:40:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 5622829 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 18:40:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5622830 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 19 2024 18:40:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5646003 | + | Email/Text: bankruptcy@ondeck.com | Aug 19 2024 18:40:00 | ODK Capital, LLC, 1400 Broadway, New York, NY 10018-5300 |
| 5622814 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2024 18:40:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5643934 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 18:40:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5633715 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 18:40:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5622834 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 18:40:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 5622833 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 18:40:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 5622835 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 18:40:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 5643930 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 19 2024 18:47:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5631014 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 19 2024 18:37:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5622831 | ^ | MEBN | Aug 19 2024 18:34:16 | Patenaude & Felix, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5622832 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:50 | Paypal, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 5631176 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 18:40:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5646142 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 18:40:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5646189 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 18:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5645272 | + | Email/Text: RASEBN@raslg.com | Aug 19 2024 18:40:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5646155 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 19 2024 18:40:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5622837 | + | Email/Text: birminghamtops@sba.gov | Aug 19 2024 18:40:41 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 5622838 | + | Email/Text: bankruptcysst@alorica.com | Aug 19 2024 18:40:00 | Sst, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 5645770 | | Email/PDF: ebn_ais@aisinfo.com | Aug 19 2024 19:26:37 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5622839 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2024 18:40:00 | Synchrony Bank/Amazon, c/o Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 5622840 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:06 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5622841 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:14 | Synchrony Bank/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5622842 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:06 | Synchrony Bank/PPC, PO Box 960006, Orlando, FL 32896-0006 |
| 5622843 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:06 | Synchrony Bank/PPMC, PO Box 960006, Orlando, FL 32896-0006 |
| 5622844 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:26:35 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5645291 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 19 2024 18:40:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 5622845 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 19 2024 18:40:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5622847 | | Email/Text: bknotice@upgrade.com | Aug 19 2024 18:40:00 | Upgrade Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 5645021 | | Email/Text: bknotice@upgrade.com | Aug 19 2024 18:40:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 5625335 | | Email/Text: bankruptcynotification@wellspan.org | Aug 19 2024 18:40:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |
| 5622849 | + | Email/Text: kcm@yatb.com | Aug 19 2024 18:40:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |
| 5622850 | + | Email/Text: bkfilings@zwickerpc.com | Aug 19 2024 18:40:00 | Zwicker & Assoc PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Brent J Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com |
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Samantha Jane Rife gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 James Phillip Rife gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert Shearer | on behalf of Creditor Select Portfolio Servicing Inc. rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Phillip Rife,
aka James P Rife,

    **Debtor 1**

Samantha Jane Rife,
aka Samantha J. Rife, aka Samantha J. Gaulrife, aka Samantha Jane Gaul,

    **Debtor 2**

Chapter 13

Case No. 1:24−bk−01425−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 25, 2024<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 19, 2024 |

ntcnfhrg (08/21)