United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01425-HWV |
| James Phillip Rife | Chapter 13 |
| Samantha Jane Rife | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf002 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Phillip Rife, Samantha Jane Rife, 3075 Emmitsburg Road, Gettysburg, PA 17325-7138 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5622816 | + | Barclays/Gap, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5643874 | + | Dr Gregory Romanow DMD, Dr Timothy Wentworth DMD, 985 Russell Avenue, Gaithersburg MD 20879-6211 |
| 5643872 | | Goldman Sachs Bank USA, c/o ARS Nat'l Services Inc, P.O. Box 469046, Escondido CA 92046-9046 |
| 5643873 | + | Graphcom, 1219 Chambersburg Road, Gettysburg PA 17325-7384 |
| 5622836 | + | SJR Research, 3075 Emmitsburg Road, Gettysburg, PA 17325-7138 |
| 5643871 | + | Senior Commons at Powder Mill, 1775 Powder Mill Rd, York PA 17403-4955 |
| 5625036 | + | Sloan Servicing on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 5622846 | + | UPgrade Card, PO Box 52210, Phoenix, AZ 85072-2210 |
| 5622848 | + | WellSpan, 25 Monument Drive, York, PA 17403-5060 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 19 2024 18:40:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5645898 | + | Email/Text: bnc@bass-associates.com | Aug 19 2024 18:40:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |
| 5622815 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 19 2024 18:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5645049 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 19 2024 18:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5622818 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2024 19:28:06 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5622819 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 19 2024 18:40:00 | CCB/ Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 5622817 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2024 19:28:06 | Cap 1/WMT, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5622821 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 18:47:41 | Citi, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 5622822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 18:47:40 | CitiBank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5625563 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 18:47:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5622824 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2024 18:37:33 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5622823 | + | Email/PDF: creditonebknotifications@resurgent.com Aug 19 2024 18:37:09 | | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5624199 | | Email/Text: mrdiscen@discover.com Aug 19 2024 18:40:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5622825 | + | Email/Text: mrdiscen@discover.com Aug 19 2024 18:40:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5646273 | + | Email/Text: litigation@brownandjoseph.com Aug 19 2024 18:40:00 | | Hartford Financial Services Group, c/o Brown & Joseph LLC, One Pierce Place, Ste 700W, Itasca IL 60143-2606 |
| 5622813 | | Email/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2024 18:40:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5622820 | | Email/PDF: ais.chase.ebn@aisinfo.com Aug 19 2024 19:26:32 | | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203 |
| 5629989 | | Email/PDF: ais.chase.ebn@aisinfo.com Aug 19 2024 19:28:06 | | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5622826 | ^ | MEBN Aug 19 2024 18:34:04 | | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5624170 | | Email/PDF: resurgentbknotifications@resurgent.com Aug 19 2024 18:47:40 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5622827 | ^ | MEBN Aug 19 2024 18:33:59 | | Lending PT, 1201 Roberts Blvd, Bldg B200, Kennesaw, GA 30144-3612 |
| 5622828 | + | Email/PDF: resurgentbknotifications@resurgent.com Aug 19 2024 18:47:59 | | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5645112 | + | Email/Text: bankruptcydpt@mcmcg.com Aug 19 2024 18:40:00 | | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 5622829 | + | Email/Text: nsm_bk_notices@mrcooper.com Aug 19 2024 18:40:00 | | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5622830 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Aug 19 2024 18:40:00 | | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5646003 | + | Email/Text: bankruptcy@ondeck.com Aug 19 2024 18:40:00 | | ODK Capital, LLC, 1400 Broadway, New York, NY 10018-5300 |
| 5622814 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2024 18:40:00 | | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5643934 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 19 2024 18:40:00 | | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5633715 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 19 2024 18:40:00 | | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5622834 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 19 2024 18:40:00 | | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 5622833 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 19 2024 18:40:00 | | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 5622835 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 19 2024 18:40:00 | | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 5643930 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2024 18:47:39 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5631014 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2024 18:37:09 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5622831 | ^ | MEBN Aug 19 2024 18:34:17 | | Patenaude & Felix, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |

| Recip ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5622832 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:55 | Paypal, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 5631176 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 18:40:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5646142 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 18:40:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5646189 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 18:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5645272 | + | Email/Text: RASEBN@raslg.com | Aug 19 2024 18:40:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5646155 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 19 2024 18:40:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5622837 | + | Email/Text: birminghamtops@sba.gov | Aug 19 2024 18:40:41 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 5622838 | + | Email/Text: bankruptcysst@alorica.com | Aug 19 2024 18:40:00 | Sst, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 5645770 | | Email/PDF: ebn_ais@aisinfo.com | Aug 19 2024 19:28:06 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5622839 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2024 18:40:00 | Synchrony Bank/Amazon, c/o Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 5622840 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:06 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5622841 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:26:53 | Synchrony Bank/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5622842 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:26:38 | Synchrony Bank/PPC, PO Box 960006, Orlando, FL 32896-0006 |
| 5622843 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:51 | Synchrony Bank/PPMC, PO Box 960006, Orlando, FL 32896-0006 |
| 5622844 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 19:28:50 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5645291 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 19 2024 18:40:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 5622845 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 19 2024 18:40:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5622847 | | Email/Text: bknotice@upgrade.com | Aug 19 2024 18:40:00 | Upgrade Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 5645021 | | Email/Text: bknotice@upgrade.com | Aug 19 2024 18:40:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 5625335 | | Email/Text: bankruptcynotification@wellspan.org | Aug 19 2024 18:40:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |
| 5622849 | + | Email/Text: kcm@yatb.com | Aug 19 2024 18:40:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |
| 5622850 | + | Email/Text: bkfilings@zwickerpc.com | Aug 19 2024 18:40:00 | Zwicker & Assoc PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2024　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Brent J Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com |
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Samantha Jane Rife gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 James Phillip Rife gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert Shearer | on behalf of Creditor Select Portfolio Servicing Inc. rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

Rev. 12/01/19

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
James Phillip Rife
Samantha Jane Rife

CHAPTER 13
CASE NO. 1-24-01425

☑ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☑ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $ **0.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**55,350.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 09/2024 | 01/2028 | $1,350.00 | $0.00 | $1,350.00 | $55,350.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $55,350.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Case 1:24-bk-01425-HWV    Doc 22    Filed 08/05/24    Entered 08/05/24 14:12:00    Desc

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☑ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**48,500.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☐ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☑ Certain assets will be liquidated as follows: **Debtor 2 will turnover her non exempt inheritance, if any, for payment to unsecured creditors.**

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $___ from the sale of property known and designated as ___. All sales shall be completed by ___. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

_____

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Mrc/united Wholesale M | 3075 Emmitsburg Road Gettysburg, PA 17325 | 4754 |
| PNC Mortgage | 3075 Emmitsburg Road Gettysburg, PA 17325 | 5869 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Mrc/united Wholesale M | 3075 Emmitsburg Road Gettysburg, PA 17325 Adams County | $0.00 (as per Proof of Claim) | $0.00 | $0.00 (as per Proof of Claim) |
| PNC Mortgage | 3075 Emmitsburg Road Gettysburg, PA 17325 Adams County | $6,308.50 (as per filed Proof of Claim) | $0.00 | $6,308.50 (as per filed Proof of Claim) |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*
☑ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. Attorney's fees. Complete only one of the following options:

   a. In addition to the retainer of $ **0.00** already paid by the Debtor, the amount of $ **0.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. $ **See Disclosure of Compensation** per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including, certain Domestic Support Obligations)**

   Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $0.00 (as per Proof of Claim) |
| York Adams Tax Bureau | $0.00 (as per Proof of Claim) |
| PA Dept of Revenue | $1,326.00 (as per Proof of Claim) |

Rev. 12/01/19

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☐ plan confirmation.
   ☐ entry of discharge.
   ☑ closing of case.

7. **DISCHARGE: (Check one)**

   ☑ The debtor will seek a discharge pursuant to § 1328(a).
   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

4

Rev. 12/01/19

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: 08/05/2024

_____
**Gary J. Imblum**
Attorney for Debtor

_____
**James Phillip Rife**
Debtor

_____
**Samantha Jane Rife**
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5