**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

IN RE:                                      Case No. 1:24-bk-01425-HWV
                                            Chapter 13

James Phillip Rife aka James P Rife
Samantha Jane Rife aka Samantha J. Rife aka
Samantha J. Gaulrife aka Samantha Jane Gaul

Debtor(s).

## NOTICE OF APPEARANCE

**Select Portfolio Servicing, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
          Steven K. Eisenberg, Esquire
          Bar No: 75736
          Stern & Eisenberg, PC
          1581 Main Street, Ste. 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: 215-572-8111
          Fax: 215-572-5025
          seisenberg@sterneisenberg.com
          Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 10th day of February, 2025, to the following:

Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
gary.imblum@imblumlaw.com
***Attorney for Debtor(s)***

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
***U.S. Trustee***

and by standard first class mail postage prepaid to:

James Phillip Rife aka James P Rife
3075 Emmitsburg Road
Gettysburg, PA 17325

Samantha Jane Rife aka Samantha J. Rife aka Samantha J. Gaulrife aka Samantha Jane Gaul
3075 Emmitsburg Road
Gettysburg, PA 17325
***Debtor(s)***

By:          /s/ Steven K. Eisenberg
              Steven K. Eisenberg, Esquire