United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01425-HWV |
| James Phillip Rife | Chapter 13 |
| Samantha Jane Rife | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 07, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5645770 | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2025 18:45:53 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Bass and Associates PC | on behalf of Creditor Accelerated Inventory Mgt LLC ecf@bass-associates.com |
| Brent J Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com |
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Samantha Jane Rife gary.imblum@imblumlaw.com<br>gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |

on behalf of Debtor 1 James Phillip Rife gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Michelle McGowan

on behalf of Creditor Select Portfolio Servicing Inc. mimcgowan@raslg.com

Robert Shearer

on behalf of Creditor Select Portfolio Servicing Inc. rshearer@raslg.com

Steven K Eisenberg

on behalf of Creditor Select Portfolio Servicing Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:24-bk-01425-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

James Phillip Rife
3075 Emmitsburg Road
Gettysburg PA 17325

Samantha Jane Rife
3075 Emmitsburg Road
Gettysburg PA 17325

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/07/2025.

Name and Address of Alleged Transferor(s):

Claim No. 26: Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302
JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/09/25

Terrence S. Miller
**CLERK OF THE COURT**