**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

April 22, 2025

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: James & Samantha Rife
Chapter 13 - Bankruptcy Case No. 1:24-bk-01425

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

ZWICKER ASSOC PC
900 NORTHBROOK DRIVE STE 102
FSTRVL TRVOSE PA 19053-8432

The Creditor's <u>previous</u> address was as follows:

ZWICKER ASSOC PC
3220 TILLMAN DRIVE
SUITE 215
BENSALEM PA 19020-2028

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm