# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:24-bk-01425 HWV |
|---|---|
| James Phillip Rife aka James P Rife<br>Samantha Jane Rife, aka Samantha J. Rife, aka<br>Samantha J. Gaulrife, aka Samantha Jane Gaul | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/15/2025, I did cause a copy of the following documents, described below,

Order Confirming 1st Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/15/2025

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>James Phillip Rife aka James P Rife<br>Samantha Jane Rife, aka Samantha J. Rife, aka<br>Samantha J. Gaulrife, aka Samantha Jane Gaul | CASE NO: 1:24-bk-01425 HWV<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 5/15/2025, a copy of the following documents, described below,

Order Confirming 1st Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/15/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Phillip Rife,
aka James P Rife,

**Debtor 1**

Samantha Jane Rife,
aka Samantha J. Rife, aka Samantha J. Gaulrife, aka Samantha Jane Gaul,

**Debtor 2**

Chapter 13

Case No. 1:24−bk−01425−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 10, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 14, 2025

orcnfpln(05/18)

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| CASE INFO | | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 124-BK-01425 HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>THU MAY 15 7-59-27 PST 2025 | ACCELERATED INVENTORY MGT LLC<br>BASS ASSOCIATES PC<br>3936 E FT LOWELL ROAD SUITE 200<br>TUCSON AZ 85712-1083 | ~~(U)JPMORGAN CHASE BANK NA~~ |

| | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | ~~(U)NATIONSTAR MORTGAGE LLC~~ | ~~(U)PNC BANK NATIONAL ASSOCIATION~~ |

| | ~~EXCLUDE~~ | |
|---|---|---|
| SELECT PORTFOLIO SERVICING INC<br>ROBERTSON ANSCHUTZ SCHNEID CRANE PA<br>13010 MORRIS ROAD SUITE 450<br>ALPHARETTA GA 30004-2001 | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | ACCELERATED INVENTORY MGT LLC<br>BASS ASSOCIATES PC<br>3936 E FT LOWELL RD<br>TUCSON AZ 85712-1097 |

| | | |
|---|---|---|
| ACCELERATED INVENTORY MGT LLC<br>BASS ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON AZ 85712-1083 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 | BANK OF AMERICA NA<br>PO BOX 673033<br>DALLAS TX 75267-3033 |

| | | |
|---|---|---|
| BARCLAYSGAP<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 | CCB BOSCOVS<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 | CAP 1WMT<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |

| | | |
|---|---|---|
| (P)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CHASE AUTO FINANCE<br>ATTN BANKRUPTCY<br>700 KANSAS LANE LA<br>MONROE LA 71203-4774 | CITI<br>PO BOX 6243<br>SIOUX FALLS SD 57117-6243 |

| | | |
|---|---|---|
| CITIBANK NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0432 | CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | CREDIT ONE BANK<br>PO BOX 60500<br>CITY OF INDUSTRY CA 91716-0500 |

| | | |
|---|---|---|
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |

| | | |
|---|---|---|
| DR GREGORY ROMANOW DMD<br>DR TIMOTHY WENTWORTH DMD<br>985 RUSSELL AVENUE<br>GAITHERSBURG MD 20879-6211 | GOLDMAN SACHS BANK USA<br>CO ARS NATL SERVICES INC<br>PO BOX 469046<br>ESCONDIDO CA 92046-9046 | GRAPHCOM<br>1219 CHAMBERSBURG ROAD<br>GETTYSBURG PA 17325-7384 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| HARTFORD FINANCIAL SERVICES GROUP<br>CO BROWN JOSEPH LLC<br>ONE PIERCE PLACE STE 700W<br>ITASCA IL 60143-2606 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ~~EXCLUDE~~<br>~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302-7999~~ |
|---|---|---|
| ~~EXCLUDE~~<br>~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302-7999~~ | JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 29505 AZ1-5757<br>PHOENIX AZ 85038-9505 | KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | (P)LENDINGPOINT<br>1201 ROBERTS BLVD<br>SUITE 200<br>KENNESAW GA 30144-3612 | LVNV FUNDINGRESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MRCUNITED WHOLESALE M<br>ATTN BANKRUPTCY<br>P O BOX 619098<br>DALLAS TX 75261-9098 | NELNET<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN NE 68501-2505 |
| ODK CAPITAL LLC<br>1400 BROADWAY<br>NEW YORK NY 10018-5300 | PA DEPT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 | (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| ~~EXCLUDE~~<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | ~~EXCLUDE~~<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PATENAUDE FELIX<br>2400 ANSYS DRIVE SUITE 402B<br>CANONSBURG PA 15317-0403 | PAYPAL<br>PO BOX 5138<br>LUTHERVILLE TIMONIUM MD 21094-5138 | ~~EXCLUDE~~<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ |
| ~~EXCLUDE~~<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>VELOCITY INVESTMENTS LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SJR RESEARCH<br>3075 EMMITSBURG ROAD<br>GETTYSBURG PA 17325-7138 |

| | | |
|---|---|---|
| SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SELECT PORTFOLIO SERVICING INC<br>ROBERTSON ANSCHUTZ SCHNEID CRANE<br>13010 MORRIS ROAD SUITE 450<br>ALPHARETTA GA 30004-2001 | SELECT PORTFOLIO SERVICING INC<br>CO STERN EISENBERG PC<br>1581 MAIN STREET STE 200<br>THE SHOPS AT VALLEY SQUARE<br>WARRINGTON PA 18976-3403 |
| SENIOR COMMONS AT POWDER MILL<br>1775 POWDER MILL RD<br>YORK PA 17403-4955 | SLOAN SERVICING ON BEHALF OF COLLEGE ASSIST<br>COLLEGE ASSIST<br>PO BOX 16358<br>ST PAUL MN 55116-0358 | SMALL BUSINESS ADMINISTRATION<br>801 TOM MARTIN DRIVE SUITE 120<br>BIRMINGHAM AL 35211-6424 |
| SST<br>4315 PICKETT ROAD<br>SAINT JOSEPH MO 64503-1600 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | SYNCHRONY BANKAMAZON<br>CO MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 301030<br>LOS ANGELES CA 90030-1030 |
| SYNCHRONY BANKCARE CREDIT<br>PO BOX 965036<br>ORLANDO FL 32896-5036 | SYNCHRONY BANKLOWES<br>PO BOX 530914<br>ATLANTA GA 30353-0914 | SYNCHRONY BANKPPC<br>PO BOX 960006<br>ORLANDO FL 32896-0006 |
| SYNCHRONY BANKPPMC<br>PO BOX 960006<br>ORLANDO FL 32896-0006 | SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 |
| US BANKCORP<br>ATTN BANKRUPTCY<br>800 NICOLLET MALL<br>MINNEAPOLIS MN 55402-7000 | UPGRADE CARD<br>PO BOX 52210<br>PHOENIX AZ 85072-2210 | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 |
| (P)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | ~~EXCLUDE~~<br>~~(D)(P)UPGRADE INC~~<br>~~2 N CENTRAL AVE~~<br>~~10TH FLOOR~~<br>~~PHOENIX AZ 85004-4422~~ | WELLSPAN<br>25 MONUMENT DRIVE<br>YORK PA 17403-5060 |
| WELLSPAN HEALTH<br>P O BOX 15119<br>YORK PA 17405-7119 | YORK ADAMS TAX BUREAU<br>POST OFFICE BOX 15627<br>YORK PA 17405-0156 | ZWICKER ASSOC PC<br>900 NORTHBROOK DRIVE STE 102<br>FSTRVL TRVOSE PA 19053-8432 |
| ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG PA 17111-2660~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DEBTOR<br>JAMES PHILLIP RIFE<br>3075 EMMITSBURG ROAD<br>GETTYSBURG PA 17325-7138 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SAMANTHA JANE RIFE
3075 EMMITSBURG ROAD
GETTYSBURG  PA 17325-7138