IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JAMES PHILLIP RIFE | : | CASE NO. 1:24-bk-01425-HWV |
| aka JAMES P. RIFE | : | |
| SAMANTHA JANE RIFE | : | CHAPTER 13 |
| aka SAMANTHA J. RIFE, | : | |
| aka SAMANTHA J. GAULRIFE | : | |
| aka SAMANTHA JANE GAUL | : | |
| Debtors | : | |

ORDER OF COURT
PERMITTING FIRST APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the First Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $15,886.25 for fees and $722.47 for costs, less clients payment of $1,795.00, for a net amount due of $14,813.72 for the time period of 9/01/2023 through 5/02/2025.