IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **JAMES PHILLIP RIFE** | : | CASE NO. 1:24-bk-01425-HWV |
| aka JAMES P. RIFE | : | |
| **SAMANTHA JANE RIFE** | : | CHAPTER 13 |
| aka SAMANTHA J. RIFE, | : | |
| aka SAMANTHA J. GAULRIFE | : | |
| aka SAMANTHA JANE GAUL | : | |
| Debtors | : | |
| | : | |
| **PNC BANK, NATIONAL ASSOCIATION** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **JAMES PHILLIP RIFE** | : | |
| aka JAMES P. RIFE | : | |
| **SAMANTHA JANE RIFE** | : | |
| aka SAMANTHA J. RIFE, | : | |
| aka SAMANTHA J. GAULRIFE | : | |
| aka SAMANTHA JANE GAUL | : | |
| Respondents | : | |

### DEBTORS' RESPONSE TO MOTION OF
### PNC BANK, NATIONAL ASSOCIATON
### FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** come Debtors, James Phillip Rife and Samantha Jane Rife, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. Debtors have no knowledge. Strict proof is demanded that the Movant is the holder of the mortgage.

5. Admitted.

6. Admitted. Further, the parties have agreed to cure over 9 months.

7. Admitted in part and denied in part. See response to paragraph 6.

8. Denied. At the time of the filing of the bankruptcy, the real estate was worth $207,450.00 in accordance with the market analysis attached to the bankruptcy Schedules. The lien priority and amount owed on each (according to the Proofs of Claim) is as follows:

   a. PNC Bank - $37,119.11;

   b. United/SPS - $44,977.82.

Accordingly, there is an abundance of equity providing adequate protection to Movant. Further, Debtors are providing adequate protection through regular post-petition payments. To the extent that the post-petition payments are in arrears, Debtors will make an offer in the near future to bring same current.

9. Admitted in part and denied in part. Movant is only entitled to same if they prove that a post-petition arrearage existed at the time of the filing of the bankruptcy.

10. Denied. Any and all fees related to this matter should be resolved in the present proceeding for relief from stay.

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

DATED: 8/26/25

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street, Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MATTHEW FISSEL, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 8/26/2025