UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                        :
    JAMES PHILLIP RIFE,                 :
    SAMANTHA JANE RIFE,                 :   CHAPTER 13
       Debtor(s)                       :
                                       :
    JACK N. ZAHAROPOULOS,               :
    CHAPTER 13 TRUSTEE,                 :
       Movant                          :
                                       :
      vs.                             :
                                       :
    JAMES PHILLIP RIFE,                 :
    SAMANTHA JANE RIFE,                 :
       Respondent(s)                   :   CASE NO. 1:24-bk-01425-HWV

<u>TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN</u>

      AND NOW, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

      1.     Debtor(s)' Plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that Debtor(s) has/have not submitted all or such portion of the disposable income to Trustee as required. More specifically,

      Trustee alleges, and therefore avers, that Debtor(s)' disposable income is greater than that which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

        a.  Excess disposable income.

*[The remainder of this page has been left intentionally blank.]*

WHEREFORE, Trustee alleges and avers that the Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

    a.  deny confirmation of Debtor(s)' Plan;
    b.  dismiss or convert Debtor(s)' case; and
    c.  provide such other relief as is equitable and just.

Dated: October 27, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:   /s/ Douglas R. Roeder, Esquire
       Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary J. Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

Dated: October 27, 2025

<u>/s/ Matthew Harnsberger, Legal Assistant</u>
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee