# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                    :
JAMES PHILLIP RIFE      : CASE NO. 1-24-01425 HW
aka JAMES P RIFE           :
SAMANTHA JANE RIFE     :
aka SAMANTHA J. RIFE      :
aka SAMANTHA J GAULRIFE   :
aka SAMANTHA JANE GAUL    :
             Debtors     : CHAPTER 13
      v.                    :
                       :
PNC BANK NATIONAL ASSOCIATION:
            Movant     :
                       :
      v.                    :
                       :
JAMES PHILLIP RIFE       :
aka JAMES P RIFE           :
SAMANTHA JANE RIFE     :
aka SAMANTHA J. RIFE      :
aka SAMANTHA J GAULRIFE    :
aka SAMANTHA JANE GAUL    :
JACK N. ZAHAROPOULOS, Trustee   :
         Respondent    :

## DEBTOR'S OBJECTION TO CERTIFICATE OF DEFAULT
### FILED BY PNC BANK NATIONAL ASSOCIATION

**AND NOW,** comes Debtors, James Phillip Rife and Samantha Jane Rife, by and through

their attorney, Gary J. Imblum, and respectfully responds as follows:

1. Debtor filed a Chapter 13 Bankruptcy to the above term and number on June 7, 2024.

2. Debtors fell behind post-petition to PNC. An Order approving a Stipulation to

resolve the Motion for Reilef filed by PNC was entered on April 10, 2026.

3. On May 12, 2026, PNC Bank National Association filed a Certificate of Default.

4. Debtors will have the funds necessary to cure the default through April 26, 2026 on

May 24, 2026.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court refrain from entering an Order in the above matter.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: _____5/12/26_____

# CERTIFICATION OF SERVICE

I, Sharlene R. Miller, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S OBJECTION TO CERTIFICATE OF DEFAULT FILED BY PNC BANK NATIONAL ASSOCIATION upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MATTHEW FISSEL, ESQUIRE
KML LAW GROUP, P.C.
VIA E-SERVICE

Mfissel@kmllawgroup.com

IMBLUM LAW OFFICES, P.C.

Sharlene R. Miller, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 5/12/2026