United States Bankruptcy Court

Middle District of Pennsylvania

In re:

James Phillip Rife

Samantha Jane Rife

Debtors

Case No. 24-01425-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Jun 12, 2026     Form ID: orfeedue     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5646189 | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2026 18:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Bass and Associates PC | on behalf of Creditor Accelerated Inventory Mgt LLC ecf@bass-associates.com |
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@bernsteinlaw.com, agilbert@bernsteinlaw.com |
| Christine Kinderdine | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION ckinderdine@lha-law.com |
| Gary J Imblum | on behalf of Debtor 1 James Phillip Rife gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |

on behalf of Debtor 2 Samantha Jane Rife gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

J Eric Kishbaugh

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jkishbaugh@udren.com, vbarber@udren.com

Jack N Zaharopoulos

ecf@pamd13trustee.com

Jordan Matthew Katz

on behalf of Creditor Select Portfolio Servicing  Inc. jkatz@raslg.com

Matthew K. Fissel

on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew K. Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michelle McGowan

on behalf of Creditor Select Portfolio Servicing  Inc. mimcgowan@raslg.com

Robert Shearer

on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com

Steven K Eisenberg

on behalf of Creditor Select Portfolio Servicing  Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

James Phillip Rife
aka James P Rife

Samantha Jane Rife
aka Samantha J. Rife, aka Samantha J. Gaulrife, aka
Samantha Jane Gaul

**Debtor(s)**

Chapter 13

Case number 1:24−bk−01425−HWV

Document Number: 97

### Order Filing Fee Due

A transfer of claim was filed on **June 11, 2026**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$28.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **June 19, 2026.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 12, 2026

orfeedue(05/26)